IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA         :
                                 :
    v.                           : Criminal No. DKC 95-0267-007
                                 :
DUVALL HUCKS                     :
                                 :

**ORDER**

Pending before the court is a motion for a reduction of sentence (ECF No. 635) filed by Defendant Duvall Hucks. The government filed a response in opposition (ECF No. 656).

On October 7, 1996, this court sentenced Mr. Hucks to life imprisonment for conspiracy to distribute cocaine and possession with intent to distribute cocaine. At sentencing the court adopted the factual findings and guideline applications in the Presentence Report and determined that Petitioner's total offense level was 46. After the application of Amendment 782, Mr. Hucks' base offense level is reduced by two, resulting in an adjusted total offense level of 44. Under the current sentencing guidelines, Mr. Hucks' sentencing range remains life imprisonment.

Accordingly, it is this 2nd day of February, 2016, hereby ordered by the United States District Court for the District of Maryland that:

1.  Mr. Hucks' motion for a reduction of sentence (ECF No. 635) BE, and the same hereby IS, DENIED; and

2. The Clerk is DIRECTED to provide a copy of this Order to counsel and Mr. Hucks.

```
                              _____/s/_____
                              DEBORAH K. CHASANOW
                              United States District Judge
```